**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cedric Lamar JACKSON, Defendant–**
**Appellant.**

No. 08–12138
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2008.

Cedric Lamar Jackson, Beaver, WV, pro se.

Susan Coppedge, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, Jessica Dunsay Silver, USDOJ, Sarah E. Harrington, Angela Miller, Washington, DC, for Plaintiff–Appellee.

Before ANDERSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Stuart M. Mones, retained counsel for Cedric Lamar Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jackson's conviction and sentence are **AFFIRMED.**

Jackson's "Motion Seeking Enlargement of Time to File Supplemental/Amended Appellate Brief and Obtain New[ ] Appointment of Counsel" is **DENIED.**

Jackson's "Motion for Appointment of Counsel" is **DENIED AS MOOT.**

The government's "Motion to Dismiss Based on Waiver of Appeal" is **DENIED AS MOOT.**